B-03-154.1

B-03-53                                          Jimmie Morgan

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]  DATE  4/8/03

NAME OF SERVER  Adam Darley                  TITLE  Process Server

Check one box below to indicate appropriate method of service

☐  Served personally upon the defendant.
   Place where served:_____
   _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.
   Name of person with whom the summons and complaint were left:_____  United States District Court
                                                                                Southern District of Texas

☐  Returned unexecuted:_____  APR 2 8 2003
   _____
   _____  Michael N. Milby
                                                        Clerk of Court

☑  Other (specify):  Jimmie Morgan          via certified mail
   1305 Starlight #502
   Ingelside Texas   78163

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 11, 2003
             Date

Signature of Server  Adam Darley

3401 Louisiana, Ste 300
Address of Server
Houston Texas 77002

1. As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.