United States District Court
Southern District of Texas
FILED

MAY 0 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC., | § | |
|       Plaintiff, | § | |
| | § | **B-03-154** |
| v. | § | |
| | § | CIVIL ACTION NO. B-03-053 |
| JUAN CORONADO a/k/a JOE | § | |
| CORONADO and JIMMIE MORGAN | § | |
| | § | JURY TRIAL DEMANDED |
|       Defendants. | § | |

## DEFENDANT'S, JIMMIE MORGAN, MOTION TO SEVER

Defendant, JIMMIE MORGAN, asks the Court to sever out all the claims against this

Defendant as they were improperly joined, as authorized by Federal Rules of Civil Procedure 20,

21 and 42(b).

### Introduction

1.     Plaintiff is DIRECTV, Inc.; there are numerous defendants including Defendant, JIMMIE

MORGAN.

2.     Plaintiff sued all the defendants, who are not related or associated in any way nor can they

be jointly liable, for wiretapping among other federal and state claims.

3.     Defendant, JIMMIE MORGAN, answered and asserted various defenses and

counterclaims against DIRECTV.

1

## Argument

4.  A court may divide a lawsuit for purposes of trial when the case involves separate and

distinct issues and when separate trials will do justice, avoid prejudice, and further the

convenience of the parties and the court. *See Saxion v. Titan-C-Mfg., Inc.,* 86 F.3d 553,

556 (6th Cir. 1996).

5.  A court may conduct separate trials or sever any claim presented or any party to a suit.

Fed. R. Civ. P. 21; *see Allied Elevator, Inc. v. East Tex. State Bank,* 965 F.2d 34, 36 (5th

Cir. 1992).

6.  The Court should grant Defendant's motion to sever for the following reasons:

    a.  The defendants have been inappropriately joined. *See* Fed. R. Civ. P. 20

    and 21. Joinder of defendants under Fed. R. Civ. P. 20 requires (1) a

    claim for relief asserting joint, several, or alternative liability and arising

    from the same transaction, occurrence, or series of transactions or

    occurrences, and (2) a common question of law or fact. *See Tapscott v. MS*

    *Dealer Serv. Corp.,* 77 F.3d 1353, 1360 (11th Circuit 1996).

    b.  The defendants should each be tried separately in the interest of justice.

    *See* Fed. R. Civ. P. 21; *American Fidelity Fire Ins. Co. v. Construcciones*

    *Werl, Inc.,* 407 F.Supp. 164, 189-90 (D. V.I. 1975). The only thing the

    collection of defendants have in common is that the first letter of their last

    names are very close together in the alphabet. Attorneys for the plaintiff

    filed suit against hundred of defendants and clustered them together based

2

on the defendant's last names and which geographic district and division

of the state their cases fell.

      c.      Defendant, JIMMIE MORGAN, is highly prejudiced by the inclusion of

any other defendant in this matter.

7.      Judicial economy will be served because there will be no procedural delays and the time

and costs spent trying multiple suits are not greater than the time and costs spent trying a

single suit. Moreover, the time and money spent on copying each and every party to this

lawsuit, whether the discovery, motions, or otherwise apply to the other parties, would

become prohibitive.

**Conclusion**

8.      For the previously stated reasons, Defendant, JIMMIE MORGAN, asks the Court to sever

from the other defendants in this case and to order the clerk of the court to assign a new

number to the severed action.

Respectfully submitted,

Law Offices of Peggy S. Bittick

By: _____

Peggy S. Bittick
Texas Bar No. 00793346
Southern District Bar No: 19251
One Themis Place
2400 South Texas Avenue
Pearland, Texas 77581
Tel. (281)485-3500
Fax. (281)485-0171
Attorney-in-Charge for Defendant
JIMMIE MORGAN

3

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument was served as follows, pursuant to the Federal Rules of Civil Procedure, on May __/__, 2003:

Robert A. Swofford
Greer, Herz & Adams L.L.P.
One Moody Plaza, 18th Floor
Galveston, Texas 77550
*Via facsimile 409.766.6424*

_____
Peggy S. Bittick

4