United States District Court
Southern District of Texas
FILED

MAY 1 9 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC., Plaintiff, | § § § § § § § § § § | B-03-154 CIVIL ACTION NO. B-03-053 JURY TRIAL DEMANDED |
| v. | | |
| JUAN CORONADO a/k/a JOE CORONADO and JIMMIE MORGAN Defendants. | | |

## DEFENDANT'S, JIMMIE MORGAN, FIRST AMENDED MOTION TO SEVER

Defendant, JIMMIE MORGAN, asks the Court to sever out all the claims against this Defendant as they were improperly joined, as authorized by Federal Rules of Civil Procedure 20, 21 and 42(b).

### Introduction

1. Plaintiff is DIRECTV, Inc.; there are numerous defendants including Defendant, JIMMIE MORGAN.

2. Plaintiff sued all the defendants, who are not related or associated in any way nor can they be jointly liable, for wiretapping among other federal and state claims.

3. Defendant, JIMMIE MORGAN, answered and asserted various defenses and counterclaims against DIRECTV.

1

## Argument

4. A court may divide a lawsuit for purposes of trial when the case involves separate and distinct issues and when separate trials will do justice, avoid prejudice, and further the convenience of the parties and the court. See *Saxion v. Titan-C-Mfg., Inc.*, 86 F.3d 553, 556 (6th Cir. 1996).

5. A court may conduct separate trials or sever any claim presented or any party to a suit. Fed. R. Civ. P. 21; *see Allied Elevator, Inc. v. East Tex. State Bank*, 965 F.2d 34, 36 (5th Cir. 1992).

6. The Court should grant Defendant's motion to sever for the following reasons:

   a. The defendants have been inappropriately joined. See Fed. R. Civ. P. 20 and 21. Joinder of defendants under Fed. R. Civ. P. 20 requires (1) a claim for relief asserting joint, several, or alternative liability and arising from the same transaction, occurrence, or series of transactions or occurrences, and (2) a common question of law or fact. See *Tapscott v. MS Dealer Serv. Corp.*, 77 F.3d 1353, 1360 (11th Circuit 1996).

   b. The defendants should each be tried separately in the interest of justice. See Fed. R. Civ. P. 21; *American Fidelity Fire Ins. Co. v. Construcciones Werl, Inc.*, 407 F.Supp. 164, 189-90 (D. V.I. 1975). The only thing the collection of defendants have in common is that the first letter of their last names are very close together in the alphabet. Attorneys for the plaintiff filed suit against hundred of defendants and clustered them together based

2

    on the defendant's last names and which geographic district and division of the state their cases fell.

  c. Defendant, JIMMIE MORGAN, is highly prejudiced by the inclusion of any other defendant in this matter.

7. Judicial economy will be served because there will be no procedural delays and the time and costs spent trying multiple suits are not greater than the time and costs spent trying a single suit. Moreover, the time and money spent on copying each and every party to this lawsuit, whether the discovery, motions, or otherwise apply to the other parties, would become prohibitive.

### Conclusion

8. For the previously stated reasons, Defendant, JIMMIE MORGAN, asks the Court to sever from the other defendants in this case and to order the clerk of the court to assign a new number to the severed action.

Respectfully submitted,

Law Offices of Peggy S. Bittick

By: _____
Peggy S. Bittick
Texas Bar No. 00793346
Southern District Bar No: 19251
One Themis Place
2400 South Texas Avenue
Pearland, Texas 77581
Tel. (281)485-3500
Fax. (281)485-0171
Attorney-in-Charge for Defendant
JIMMIE MORGAN

3

## CERTIFICATE OF CONFERENCE

I certify that on May 14, 2003, I spoke to Kelly-Ann Clarke from Greer, Herz, & Adams who indicated that her fellow attorneys oppose this Motion to Sever.

Peggy S. Bittick

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument was served as follows, pursuant to the Federal Rules of Civil Procedure, on May 15, 2003:

Robert Swofford
Greer, Herz & Adams L.L.P.
One Moody Plaza, 18th Floor
Galveston, Texas 77550
Via facsimile 409/266.6424

Peggy S. Bittick