16

**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP

EDUARDO ROBERTO RODRIGUEZ
NORTON A COLVIN, JR
MITCHELL C CHANEY
MARJORY C BATSELL
JAIME A SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D KENNAMER

OF COUNSEL
BENJAMIN S HARDY (1912-1993)
ORRIN W JOHNSON
NEIL E NORQUEST
CHRIS A BRISACK
RAYMOND A COWLEY*

1201 EAST VAN BUREN
P O BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

June 13, 2003

LAURA J URBIS
LECIA L CHANEY
R PATRICK RODRIGUEZ
ROSAMARIA VILLAGÓMEZ-VELA
TERI L DANISH
SARAH A NICOLAS

*BOARD CERTIFIED IN PERSONAL
INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

*BOARD CERTIFIED IN LABOR AND
EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

Hon. Andrew S. Hanen
United States District Judge
Southern District of Texas
600 E. Harrison Street #301
Brownsville, TX 78520-7114

B-03-154

United States District Court
Southern District of Texas
FILED

JUN 1 3 2003

Michael N. Milby
Clerk of Court

Re:   Cause No. B-03-053; DIRECTV, Inc. vs. Juan Coronado a/k/a Joe Coronado and Jimmie Morgan
      File No. 19,117

Dear Judge Hanen:

   In response to your June 4, 2003 letter please be advised that I was unaware that Mr. Coronado had filed bankruptcy and that an automatic stay was in place. DIRECTV, Inc. hereby withdraws its opposition to the Motion for Severance and will pursue its claims against Mr. Coronado in the bankruptcy court.   Furthermore, DIRECTV withdraws its Motion to Consolidate.[1]  Arguably the bankruptcy does moot the issue of severance, however, in order for DIRECTV to proceed against Mr. Morgan without potentially violating the stay, a severance is warranted.

   If this fails to respond to your questions, please advise.

                    Very truly yours,

                    RODRIGUEZ, COLVIN & CHANEY, LLP

                    Lecia L. Chaney

LLC/mrh

---

[1] By doing so DIRECTV does not waive its ability in the future to request that its claims against Jimmie Morgan be consolidated  in another DIRECTV case with similar facts on file in the Southern District.

MCALLEN, TEXAS OFFICE, 4900 NORTH 10TH STREET, BUILDING A-2, 78504, TELEPHONE (956) 686-1287 TELECOPIER (956) 686-6197
HARLINGEN, TEXAS OFFICE 402 EAST VAN BUREN STREET, 78550, TELEPHONE (956) 423-0213 TELECOPIER (956) 423-2035

xc:  Peggy S. Bittick
Law Offices of Peggy S. Bittick
One Themis Place
2400 South Texas Avenue
Pearland, Texas 77581
Attorney for Jimmie Morgan

John Ventura
Law Offices of John Ventura, PC
62 E. Price Road
Brownsville, Tx 78521