07/10/2003  17:02   2814850171         PEGGY BITTICK            PAGE 02/06

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, INC. Plaintiff, | § § § | |
| V. | § § | Civil Action No. B-03-053 |
| JUAN CORONADO A/K/A JOE CORONADO and JIMMIE R. MORGAN Defendants. | § § § § | B-03-154 |
| | § | Jury Trial Demanded |

## AGREED MOTION FOR CONTINUANCE FOR SCHEDULING CONFRENCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COME Plaintiff, DIRECTV, Inc., and Defendant, Jimmie R. Morgan, as Movant herein, and brings this Agreed Motion for Continuance of the hearing on Scheduling Conference, and in support hereof show the Court the following:

I.

This continuance is sought so that justice may be done, and not for purposes of delay.

II.

Scheduling Conference is scheduled for July 11, 2003, at 9:30am.

III.

All parties agree to this continuance.

**WHEREFORE, PREMISES CONSIDERED,** Movant request the Court to grant this Agreed Motion for Continuance, and to continue the hearing on Scheduling Conference for at least 1 month, and for such other and further relief that may be awarded at law or in equity.

Approved By:

*[signature: Peggy Bittick]*   signed w/ permission *[signature: Samantha Taylor]*

Peggy S. Bittick
Attorney for Defendant Jimmie R. Morgan
One Themis Place
2400 South Texas Avenue
Pearland, Texas, 77581
Tel: (281) 485-3500
Fax: (281) 485-0171

*[signature: Lecia Chaney]*   signed w/ permission *[signature: Samantha Taylor]*

Lecia Chaney
Attorney for DIRECTV, Inc.
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
Brownsville, Texas, 78522
Tel: (956)542-7441
Fax: (956)541-2170

### CERTIFICATE OF SERVICE

I certify that on July 10, 2003 a true and correct copy of Agreed Motion to Continue Hearing on Scheduling Conference was served to each person listed below by the method indicated.

*[signature: Peggy S. Bittick]*

Peggy S. Bittick

| | |
|---|---|
| Lecia Chaney | __ Certified mail, return receipt requested |
| Attorney for DIRECTV, Inc. | __ Personal delivery |
| Rodriguez, Colvin & Chaney, L.L.P. | __ Private delivery |
| 1201 East Van Buren | X  Facsimile transfer |
| Brownsville, Texas 78522 | |
| TEL: (956)542-7441 | |
| FAX: (956)541-2170 | |