THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED

SEP 0 2 2003

Michael N. Milby
Clerk of Court

TELEPHONIC SCHEDULING CONFERENCE
B-03-154 (HELD IN CHAMBERS)

CIVIL ACTION NO. B-03-053     DATE & TIME 9/2/03 @ 1:30 pm

COUNSEL:

| | | |
|---|---|---|
| DIRECTV, INC. | § | LECIA CHANEY/ROBERT A. SWOFFORD |
| VS | § | |
| JUAN CORONADO AKA: JOE CORONADO | § | JOHN VENTURA |
| JIMMIE MORGAN | § | CAREY BECK |

Courtroom Deputy: Irma Soto
Court Reporter:   Barbara Barnard

Case called on the docket. Lecia Chaney appeared in person for the Plaintiff. John Ventura appeared for Deft, Juan Coronado. Carey Beck for the deft, Jimmie Morgan appeared telephonically without objection.

Court addresses the issue regarding Mr. Coronado and is informed by Mr. Ventura that this case should be discharged from bankruptcy in about 30 days. Court grants severance without objection. Court instructs Mr. Ventura to file Motion to Dismiss once discharged.

Court transfers case of Deft, Jimmie Morgan, to the Honorable Hilda G. Tagle without objection from the parties.

Court is adjourned.