COURTROOM MINUTES: **Felix Recio Judge Presiding**
      **Southern District of Texas, Brownsville Division**

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | B Pinales |
| CSO | : | T Yanez |
| Law Clerk | : | M Knicely |
| Interpreter | : | not needed |
| Date | : | **September 17, 2003 at 2:00 p.m.** |

*United States District Court*
*Southern District of Texas*
*FILED*
*SEP 17 2003*
*Michael N. Milby*
*Clerk of Court*

---

**CIVIL CASE NO. B-03-154**

**DIRECTV, INC.**              *            Lecia Chaney

vs                             *

Jimmie Morgan                  *

---

### SCHEDULING CONFERNECE

Lecia Chaney present for Plaintiff;
Carrie Beck telephonically for defendant;

Counsel would like to go forward with a Scheduling Order;

Counsel state they are not opposed to signing a consent to be tried before the Magistrate Judge;

Counsel agree to dates;

Court adjourned.