UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

DIRECTV, INC. §
VS § CIVIL ACTION NO. B-03-154
JIMMIE MORGAN §
§

United States District Court
Southern District of Texas
ENTERED
SEP 23 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

☐ Bench   ☒ Jury

1. Trial: Estimated time to try: **3** days.

2. New parties must be joined by:
   *Furnish a copy of this scheduling order to newparties.*

3.A. The plaintiff(s)' experts will be named with a report furnished by:  **10/15/03**

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.  **11/01/03**

5. Discovery must be completed by:  **11/15/03**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

******************* The court will provide these dates. ********************

6. Dispositive Motions will be filed by:  **12/01/03**

7. Joint pretrial order is due:  **01/02/04**
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket call and final pretrial conference before Judge Recio is set for ~~2:00 p.m. on~~ **1:30 p.m.;**  **01/15/04**

9. The jury selection before Judge Recio is set for 9:00 a.m. on:  **02/09/04**

The case will remain on standby until tried.

Signed **09/17/03**, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge