**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIRECTV, INC. | * | |
| vs | * | CIVIL ACTION NO. B03-154 |
| JIMMIE MORGAN | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

---

**Status Conference**

November 25, 2003, at 2:00 p.m.

BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

---

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520

---

BY ORDER OF THE COURT

November 4, 2003

cc:   All Counsel