COURTROOM MINUTES: **Felix Recio Judge Presiding**
Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | G Mendieta |
| CSO | : | Harolson |
| Law Clerk | : | M Knicely |
| Interpreter | : | not needed |
| Date | : | **November 25, 2003 at 2:00 p.m.** |

Nov 25-2003

---

CIVIL CASE NO. B-03-154

**DIRECTV, INC.**            *            Lecia Chaney

vs                           *

Jimmie Morgan               *

---

### SCHEDULING CONFERNECE

Lecia Chaney present for Plaintiff;
Ms Holland present for Jimmie Morgan;

Court addresses counsel as to the scheduling order and as to the issue of a 636;

Ms Holland addresses the Court and states their wish to proceed with Judge Tagle;

L Chaney is not opposed as to the present dates;

The Court will confer with Judge Tagle and will then issue a new scheduling order;

The Court will recommend to Judge Tagle to dismiss motion for dismissal(doc#10)without prejudice and motion to dismiss counterclaim will remain; Motion for Consolidation moot by the severance;

Court adjourned.