UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

DIRECTV, INC.                    §

VS                               §   C.A. NO. B-03-154
                                     (HGT)
JIMME MORGAN                     §

United States District Court
Southern District of Texas
ENTERED
DEC 0 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

AMENDED SCHEDULING ORDER

1. Trial: Estimated time to try: __3__ days.                    ☐ Bench    ☐ Jury

2. New parties must be joined by:                               _____
   Furnish a copy of this scheduling order to new parties.

3. The plaintiff(s)' experts will be named with a report furnished by:    12/01/03

4. The defendant(s)' experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff(s)' expert.          12/15/03

5. Discovery must be completed by:                                        02/02/04
   Counsel may agree to continue discovery beyond the deadline, but there will be
   no intervention by the Court. No continuances will be granted because of
   information acquired in post-deadline discovery.

******************    The court will provide these dates.    ******************

6. Dispositive Motions will be filed by:                                  02/02/04

7. Joint pretrial order is due:                                           02/17/04
   The plaintiff(s) is responsible for filing the pretrial order on time.

8. Docket call and final pretrial conference before Judge Tagle
   is set for 1:30 p.m. on:                                               03/04/04
   The case will remain on standby until tried.

9. The jury selection before Judge Tagle is set for 9:00 a.m. on:         03/08/04

The case will remain on standby until tried.

Signed December 1, 2003, at Brownsville, Texas.

                                          _____
                                          Felix Recio
                                          United States Magistrate Judge