UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-154 |
| | § | |
| JIMMIE MORGAN | § | |
|    Defendant. | § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S MOTION TO DISMISS

Currently pending before the Court is Defendant's Motion to Dismiss For Plaintiff's Failure to State a Claim Under 18 U.S.C. § 2512 (Docket No. 10). This Court recommends that the Defendant's Motion to Dismiss be DENIED WITHOUT PREJUDICE. It is further recommended that the Defendant be granted leave to refile his motion at a future stage of these proceedings, if he so desires.

This Court's recommendation is based solely on reasons of court administration and, more specifically, was undertaken for the purpose of keeping the "Six Month List" clear of pending matters. Both parties, through their counsel, were notified of this Court's intention to recommend to the district court the actions herein discussed. No objections were offered in open court.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from

a failure to object. *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

DONE at Brownsville, Texas, this \_\_\_1st\_\_\_ day of December, 2003.

_____
Felix Recio
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC.<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-03-154 |
| | § | |
| JIMMIE MORGAN<br>　　Defendant. | §<br>§<br>§ | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S MOTION TO DISMISS

Before the Court is the Magistrate Judge's Report and Recommendation Regarding Defendant's Motion to Dismiss in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Defendant's Motion to Dismiss for Plaintiff's Failure to State a Claim Under 18 U.S.C. § 2512 (Docket No. 10) is hereby DENIED WITHOUT PREJUDICE. The Defendant will be granted leave to refile his motion at a future stage of these proceedings, if he so desires.

DONE at Brownsville, Texas this _____ day of _____, 2003.

_____
Hilda Tagle
United States District Judge