United States District Court
Southern District of Texas
FILED

MAR 0 1 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, | § | |
| Plaintiff | § § § | |
| v. | § § | Cause No. B-03-154 |
| JIMMIE MORGAN | § § § | |
| Defendant | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

DIRECTV has resolved this matter as to Jimmie Morgan and, therefore, desires to dismiss its suit *with prejudice* against him. DIRECTV requests that its claims against the above named Defendant be dismissed in their entirety and *with prejudice.*

Furthermore, Defendant Jimmie Morgan desires to dismiss his counterclaims.

WHEREFORE, DIRECTV and JIMMIE MORGAN request that this motion be granted, that this lawsuit be dismissed *with prejudice* against Defendant and that Defendant's Counter-Claims be dismissed in their entirety. Furthermore, the parties request that all costs and expenses, including attorneys' fees, be borne by the party incurring same.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY
& SAENZ, LLP

By: /s/ Lucia Chaney

**Lecia L. Chaney**
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757

P.O. Box 2155
1201 E. Van Buren
Brownsville, TX 78522
(956) 542-7441
(956) 541-2170 Fax

ATTORNEY IN CHARGE FOR PLAINTIFF,
DIRECTV, INC.

LAW OFFICES OF PEGGY S. BITTICK

BY: _____
PEGGY S. BITTICK
ATTORNEY IN CHARGE
FEDERAL ID No. 19251
STATE BAR NO. 00793346
Ms. Peggy S. Bittick
Law Offices of Peggy S. Bittick
One Themis Place
2400 South Texas Avenue
Pearland, Tx 77581

**Lecia L. Chaney**
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757

P.O. Box 2155
1201 E. Van Buren
Brownsville, TX 78522
(956) 542-7441
(956) 541-2170 Fax

ATTORNEY IN CHARGE FOR PLAINTIFF, DIRECTV, INC.


LAW OFFICES OF PEGGY S. BITTICK


BY:_____
    **PEGGY S. BITTICK**
    ATTORNEY IN CHARGE
    FEDERAL ID NO. 19251
    STATE BAR NO. 00793346
Ms. Peggy S. Bittick
Law Offices of Peggy S. Bittick
One Themis Place
2400 South Texas Avenue
Pearland, Tx 77581