34

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

MAR 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| DIRECTV, | § | |
| Plaintiff | § § § | |
| v. | § § | Cause No. B-03-154 |
| JIMMIE MORGAN | § § § | |
| Defendant | § | |

## ORDER GRANTING
## MOTION TO DISMISS WITH PREJUDICE

CAME ON to be heard on this day the Parties' Joint Motion to Dismiss. The Court, having considered the parties' motion, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant JIMMIE MORGAN are hereby dismissed *with prejudice*; and, that Defendant's cross-claims against Plaintiff are hereby dismissed *with prejudice*. IT IS FURTHER ORDERED that all costs and expenses, including attorneys' fees, are to be borne by the party incurring same.

Signed this 2nd day of March, 2004 in Brownsville, Texas.

_____
~~Felix Recio~~ Hilda G. Tagle
United States ~~Magistrate~~ District Judge